

# Case Assignment
## Standard Civil Assignment

Case number **4:20CV-59-JHM**

Assigned : Senior Judge Joseph H. McKinley Jr.
Judge Code : 4414

Assigned on 4/10/2020 5:15:08 PM
Transaction ID: 32069

[Request New Judge] [Return]