**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| MICHAEL LOVELL, ROBERT HUFF, and HAROLD MURPHY, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>BLUEGRASS BIOEXTRACTS, LLC, DTEC VENTURES, LLC, OMNY MANAGEMENT, LLC, DR. GERALD G. EDDS, and BRUCE PETERS,<br><br>Defendants. | Case No. 4:20-cv-00059<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Come the Plaintiffs, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby provides notice to the Court that none of the Defendants have filed an answer or filed a motion for summary judgment, and that Plaintiffs dismiss their claims against the Defendants, Bluegrass BioExtracts, LLC, Dtec Ventures, LLC, Omny Management, LLC, Dr. Gerald G. Edds, and Bruce Peters, without prejudice to their right to re-file their claims.

Dated: June 4, 2020

Respectfully Submitted,

*/s/ Ronald E. Johnson, Jr.*
Ronald E. Johnson, Jr. (KY 88302)
Sarah N. Emery (KY 94261)
Hendy Johnson Vaughn Emery, PSC
909 Wright's Summit Parkway #210
Ft. Wright, Kentucky 41011
Tel. 859.578.4444
Facsimile 859.578.4440
rjohnson@justicestartshere.com
semery@justicestartshere.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was filed on this 4th day of June, 2020, through the Court's ECF system, which will send an electronic notice to all counsel of record.

*Ronald E. Johnson, Jr.*
Ronald E. Johnson Jr.
